## Commonwealth *v.* Augustine, Appellant.

Argued April 17, 1975. *Thomas G. Michalek,* with him *Paul F. Laughlin,* for appellant; *Robert L. Eberhardt,* Assistant District Attorney, with him *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The judgment of sentence is vacated and the record is remanded to the court below for the filing of post-verdict motions *nunc pro tunc.* See Pa.R.Crim.P. 1123(b). Such motions shall be filed by appellant within seven (7) days after he has received notice that the record is in the court below.

## Commonwealth *v.* Baublitz, Appellant.

Submitted March 10, 1975. *David W. Stitely,* Public Defender, for appellant; *Sheryl Ann Dorney* and *David Schaumann,* Assistant District Attorneys, and *Donald L. Reihart,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.